# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Paez, Richard A. | U.S. Court of Appeals for the Ninth Circuit | 10/23/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Court of Appeals
125 S. Grand Avenue, Ste. 300
Pasadena, CA 91105

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Western Justice Center, Pasadena, CA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Monthly | California Judges Retirement System | $6,606.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Cedars Sinai Medical Center - Salary |
| 2. 2011 | Health Care Partners - Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York University | 03/2010 | NYC | Interviewer - Root-Tilden Pub. Int. students | Airfare and Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 10/23/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Kirkland & Ellis LLP | Pro bono legal representation | $48,844.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 10/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Magellan | A | Dividend | J | T | | | | | |
| 2. Fidelity Cash Reserves (IRA) | A | Dividend | J | T | | | | | |
| 3. Fidelity Short Term Bond (IRA) | A | Dividend | J | T | | | | | |
| 4. Fidelity Govt Income (IRA) | A | Dividend | K | T | | | | | |
| 5. Fidelity CA Muni MM | A | Dividend | M | T | | | | | |
| 6. Cedars Sinai Med Ctr 403b - ING (SP) | A | Dividend | | | | | | | |
| 7. - Vanguard Target | A | Dividend | | | Buy/Month | | J | | |
| 8. - Vanguard Target | | | | | Sold | 10/25/11 | L | A | |
| 9. - SSGA S&P Index Fund | A | Dividend | | | Buy/Month | | J | | |
| 10. - SSGA S&P Index Fund | | | | | Sold | 10/25/11 | K | A | |
| 11. - Vanguard Midcap Index Fund | A | Dividend | | | Buy/Month | | J | | |
| 12. | | Dividend | | | Sold | 10/25/11 | K | A | |
| 13. Fidelity PAS (IRA)(Sp) See Note | D | Dividend | | | | | | | |
| 14. Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 15. Fidelity Cap & Inc Fund | A | Dividend | J | T | Sold (part) | 4/14/11 | J | A | |
| 16. Fidelity Cap & Inc Fund | | | | | Buy (add'l) | 11/02/11 | J | | |
| 17. Fidelity Total Bond | A | Dividend | K | T | Sold (part) | 07/10/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 10/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Total Bond | | | | | Buy (add'l) | 11/02/11 | J | | |
| 19. Pimco Total Return Adm Shs | A | Dividend | K | T | Sold (part) | 08/10/11 | J | A | |
| 20. Pimco Total Return Adm Shs | | | | | Buy (add'l) | 11/02/11 | J | | |
| 21. Pimco Short Term Adm Shs | A | Dividend | J | T | Buy (add'l) | 04/14/11 | J | | |
| 22. Pimco Short Term Adm Shs | | | | | Sold (part) | 08/10/11 | J | A | |
| 23. Pimco Short Term Adm Shs | | | | | Buy (add'l) | 09/14/11 | J | | |
| 24. Pimco Short Term Adm Shs | | | | | Buy (add'l) | 11/02/11 | J | | |
| 25. T. Rowe Price High Yield Advisor CL | A | Dividend | J | T | Sold (part) | 04/14/11 | J | A | |
| 26. T. Rowe Price High Yield Advisor CL | | | | | Buy (add'l) | 11/02/11 | J | | |
| 27. Strategic Advisors Small-mid Cap Fund | A | Dividend | K | T | Buy (add'l) | 08/10/11 | J | | |
| 28. Small-Mid Cap Fund - See note in Sec. VIII | | | | | Sold (part) | 09/14/11 | J | A | |
| 29. Strategic Advisors Small-mid Cap Fund | | | | | Buy (add'l) | 11/02/11 | J | | |
| 30. Strategic Advisors Val. Fund | A | Dividend | K | T | Sold (part) | 04/14/11 | J | A | |
| 31. Strategic Advisors Val. Fund | | | | | Sold (part) | 09/14/11 | J | A | |
| 32. Strategic Advisors Val. Fund | | | | | Buy (add'l) | 11/02/11 | J | | |
| 33. Strategic Advisors Core Income Fund | A | Dividend | K | T | Buy (add'l) | 04/14/11 | J | | |
| 34. Strategoc Advisors Core Income Fund | | | | | Buy (add'l) | 08/10/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 10/23/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Strategic Advisors Core Income Fund | | | | | Buy (add'l) | 08/10/11 | J | | |
| 36. Strategic Advisors Core Income Fund | | | | | Buy (add'l) | 11/02/11 | J | | |
| 37. Strategic Advisors Core Fund | B | Dividend | L | T | Sold (part) | 04/14/11 | J | A | |
| 38. Strategic Advisors Core Fund | | | | | Buy (add'l) | 08/10/11 | J | | |
| 39. Strategic Advisors Core Fund | | | | | Sold (part) | 09/14/11 | J | A | |
| 40. Strategic Advisors Core Fund | | | | | Buy (add'l) | 11/02/11 | K | | |
| 41. Strategic Int'l Fund | C | Dividend | L | T | Sold (part) | 04/14/11 | J | A | |
| 42. Strategic Int'l Fund | | | | | Buy (add'l) | 08/10/11 | J | | |
| 43. Strategic Int'l Fund | | | | | Buy (add'l) | 09/14/11 | J | | |
| 44. Strategic Int'l Fund | | | | | Buy (add'l) | 11/02/11 | K | | |
| 45. Strategic Advisors US Opportunities Fund | A | Dividend | K | T | Sold (part) | 04/14/11 | J | A | |
| 46. Strategic Advisors US Opportunities Fund | | | | | Buy (add'l) | 08/10/11 | J | | |
| 47. Strategic Advisors US Opportunities Fund | | | | | Sold (part) | 09/14/11 | J | A | |
| 48. Strategic Advisors US Opportunities Fund | | | | | Buy (add'l) | 11/02/11 | J | | |
| 49. Strategic Advisors Growth Fund | A | Dividend | L | T | Buy (add'l) | 08/10/11 | J | | |
| 50. Strategic Advisors Growth Fund | | | | | Buy (add'l) | 09/19/11 | J | | |
| 51. Strategic Advisors Growth Fund | | | | | Buy (add'l) | 11/02/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 10/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Strategic Advisors Emerging Markets | A | Dividend | J | T | Buy (add'l) | 08/10/11 | J | | |
| 53. Strategic ADvisors Emerging Markets | | | | | Buy (add'l) | 11/02/11 | J | | |
| 54. Fidelity Select Gold | A | Dividend | J | T | Buy (add'l) | 11/02/11 | J | | |
| 55. Fidelity High Income | A | Dividend | J | T | Sold (part) | 04/14/11 | J | A | |
| 56. Fidelity High Income | | | | | Buy (add'l) | 11/02/11 | J | | |
| 57. FIMM Market Port Inst CL | A | Dividend | J | T | Sold (part) | 03/01/11 | J | A | |
| 58. FIMM Market Port Inst CL | | | | | Buy (add'l) | 04/14/11 | J | | |
| 59. FIMM Market Port Inst CL | | | | | Sold (part) | 05/24/11 | J | A | |
| 60. FIMM Market Port Inst CL | | | | | Sold (part) | 08/23/11 | J | A | |
| 61. FIMM Market Port Inst CL | | | | | Buy (add'l) | 09/14/11 | J | | |
| 62. FIMM Market Port Inst CL | | | | | Buy (add'l) | 11/02/11 | J | | |
| 63. FIMM Market Port Inst CL | | | | | Sold (part) | 12/21/11 | J | A | |
| 64. Credit Suisse Commd Rtrn Strtgy | A | Dividend | J | T | Sold (part) | 09/14/11 | J | A | |
| 65. Credit Suisse Commd Rtrn Strtgy | | | | | Buy (add'l) | 11/02/11 | J | | |
| 66. Merger Fund | A | Dividend | J | T | Buy (add'l) | 11/02/11 | J | | |
| 67. Metropolitan West Low Duration | A | Dividend | J | T | Sold (part) | 08/10/11 | J | A | |
| 68. Metropolitan West Low Duration | | | | | Buy (add'l) | 11/02/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Strategic Advisors Income Opportunities | A | Dividend | J | T | Buy (add'l) | 04/14/11 | J | | |
| 70. Strategic Advisors Income Opportunities | | | | | Buy (add'l) | 11/02/11 | J | | |
| 71. Templeton Global Bond Class A | A | Dividend | J | T | Buy (add'l) | 11/02/11 | J | | |
| 72. Fidelity Advissor New Insights CL (Y) | A | Dividend | J | T | Sold | 10/22/10 | J | A | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Paez, Richard A. | 10/23/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts (cont'd)

*            made monthly contributions to her Cedars Sinai Medical Center 403(b) retirement plan until     changed employers.

* Fidelity Portfolio Advisory Services manages         IRA.

* Sec VII, line 27:
     Strategic Advisors Small-Mid Cap Fund was mistakenly identified as "PAS Sm-Mid-CA Fund" on my 2010 Report. The 2010 Report also reflected that this asset was sold in full on 12/07/10, when there was only a partial sale.  Thus, this fund carried over to my 2011 Report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard A. Paez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544